August 2, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

GWENDOLYN JACKSON AND BILLY JACKSON, Appellants

NO. 14-15-00648-CV                                     V.

CACH, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, CACH, LLC, signed July 1, 2015, was heard on the transcript of the record. We have inspected the record and conclude that the trial court's judgment is not supported by legally sufficient evidence. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that CACH, LLC take nothing on its claim against appellants, Gwendolyn Jackson and Billy Jackson.

We further order that all costs incurred by reason of this appeal be paid by appellee, CACH, LLC.

We further order this decision certified below for observance.